```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
SANDRA ANDERSON PROWLEY,                   :    05 CV. 981    (KTD)
                                           :
                Plaintiff,                 :    ORDER
                                           :
        -v.-                               :
                                           :
HEMAR INSURANCE CORPORATION OF AMERICA,    :
GENERAL REVENUE CORPORATION,               :
and SALLIE MAE SERVICING CORPORATION,      :
                                           :
                Defendants.                :
                                           :
------------------------------------------X
```

KEVIN THOMAS DUFFY, U.S.D.J.:

Conference was held today in the above-captioned case. A joint pre-trial order is due August 14, 2009. A bench trial will take place in September 2009.

SO ORDERED.

Dated:   New York, N.Y.
         May /9, 2009

                                                _____
                                                KEVIN THOMAS DUFFY, U.S.D.J.